UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASPEN INSURANCE UK LTD., <br><br> Plaintiff, <br><br> -against- <br><br> BAYWATER DRILLING LLC, <br><br> Defendant. | 23-cv-282 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. By **September 13, 2023**, and every three months thereafter, the parties are directed to file a status update regarding the underlying wrongful death action pending in Harris County, Texas against Baywater.

    SO ORDERED.

Dated: August 30, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                             United States District Judge