The Clerk of Court is directed to close the case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 20, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ASPEN INSURANCE UK LTD.

                         Plaintiff,

      -against-

BAYWATER DRILLING LLC

                         Defendant.
---------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Case No.: 1:23-cv-00282-ER

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice against the defendant Baywater Drilling LLC Pursuant to F.R.C.P. 41(a)(1)(A)(ii).

| | |
|---|---|
| Hicks Thomas LLP<br>Attorneys for Defendant[1]<br>By: _____<br>Gregg C. Laswell<br>700 Louisiana St, Suite 2300<br>Houston, Texas 77002<br>Tel: (713) 547-9100<br>Fax: (713) 547-9106<br>Email: glaswell@hicks-thomas.com<br><br>Dated: November 16, 2023 | Clyde & Co US LLP<br>Attorneys for Plaintiff<br>By: _____<br>John M. Woods<br>The Chrysler Building<br>405 Lexington Avenue, 16th Floor<br>New York, New York 10174<br>Tel: (212) 710-3900<br>Fax: (212) 710-3950<br>Email: john.woods@clydeco.us<br><br>Dated: November 16, 2023 |

---

[1] Crystal V. Venning, formerly of Hicks Thomas LLP, appeared in this action on behalf of Defendant Baywater Drilling LLC. Ms. Venning has since left Hicks Thomas, and thus her signature is not included in the Stipulation of Voluntary Dismissal.